925 F.2d 1477
 Carr (J.T., Eva, Joel Casey, Kristen, Angelaine), By and
Through Carr (Sheila), Phillips (Ronald, Florine,
Sherry, Ronald, Patricia, Gaylon), Carr
(Lonnie, Scottie L., Jennifer Vinson)
v.
City of Florence, Alabama, Lauderdale County, Alabama,
Thompson (Richard) Franklin County, Alabama, City of
Russellville, Ala., Colbert County, Ala., City of
Rogersville, Ala., City of Killen, Ala., Harvey (Timothy),
McGuire (Donnie), Martin (Jim), Anderson (Steve), Crunk
(Myron), Freeman
 NO. 89-7488
 United States Court of Appeals,
Eleventh Circuit.
 JAN 29, 1991
 N.D.Ala., 916 F.2d 1521
 
 1
 DENIALS OF REHEARING EN BANC.